# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>HOSPITAL HOUSEKEEPING SYSTEMS, INC., et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 11-1658 LJO DLB<br><br>**ORDER TO DISMISS DEFENDANTS**<br>(Doc. 12.) |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action as to defendants Hospital Housekeeping Systems, Ltd. And Hospital Housekeeping Systems of Houston, Inc. only.  The clerk is directed NOT to close this action.

　　　　IT IS SO ORDERED.

**Dated:  January 27, 2012**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE