Anna Y. Park, CA SBN 164242
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Marcus A. Torrano, Bar No. 138874
Julie M. Capell, Bar No. 226662
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendants
Hospital Housekeeping Systems, Inc., Hospital Housekeeping Systems, LLC, Hospital Housekeeping Systems, LLC, TX

**UNITED STATES DISTRICT COURT**

**EATERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>HOUSKEEPING SYSTEMS, LTD., HOSPITAL HOUSEKEEPING SYSTEMS OF HOUSTON, INC, HOSPITAL HOUSEKEEPING SYSTEMS, INC., HOSPITAL HOUSKEEPING SYSTEMS, LLC, AND DOES 1-10, INCLUSIVE,<br><br>  Defendant(s). | Case No.: 1:11-CV-1658 LJO SAB<br><br>**UPDATED STIPULATION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

# **STIPULATION**

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendants Hospital Housekeeping Systems Ltd., Hospital Housekeeping Systems of Houston, Inc., Hospital Housekeeping Systems Inc., and Hospital Housekeeping Systems, LLC ("Defendants"), through their respective counsel of record herein, hereby respectfully request a short continuance of the non-expert discovery cutoff date, deadline to file dispositive motions, and deadline by which dispositive motions shall be heard, for all of the following reasons:

1. The current upcoming trial and discovery deadlines are as follows: (a) **deadline for dispositive motions to be filed – February 11, 2013**, (b) **non-expert discovery cutoff date – March 1, 2013**, (c) expert designation and report deadline – March 21, 2013, (d) **deadline for dispositive motions to be heard – March 28, 2013**, (d) rebuttal expert witness designation and report deadline – April 21, 2013, (e) pretrial conference – May 21, 2013, and (f) trial – July 9, 2013.

2. The parties have dutifully engaged in factual discovery during the pendency of this litigation, including exchanging initial disclosures, preparing and responding to three sets of written discovery requests, and taking the principal factual witness depositions. The last deposition was taken on January 10, 2013 in Los Angeles by Plaintiff's counsel. The deponent, William Crowell, was the manager who terminated Charging Party Angelica Jaime-Cece. Mr. Crowell agreed to travel to Los Angeles from Mississippi, where he currently resides, for his deposition. Due to work constraints, Mr. Crowell's pre-paid vacation in November 2012, and the availability of counsel, his deposition was not able to be scheduled until January 10, 2013.

3. Since Mr. Crowell's deposition, which signaled the end of principal factual discovery in this case, counsel for the parties have been engaged in active settlement discussions and last met on Monday, February 4, 2013 in Los Angeles to discuss settlement.

4. Counsel for the parties made great headway during the settlement meeting and agree that there is a good chance the case will settle. However, the parties anticipate that it will take at least two weeks to confirm and evaluate whether an agreement may be reached on the monetary and injunctive relief.

5. In the meantime, if the parties are unable to settle the case, Defendants plan to file a motion for summary judgment and the deadline by which they must file their motion for summary judgment is Monday, February 11, 2013.

6. Because the parties are close to settling this case, and because Defendants' ability to settle the case will be hampered if they are forced to spend money preparing and filing a motion for summary judgment – money that could be applied towards settlement - the parties respectfully request that the deadline to file dispositive motions be extended to March 11, 2013, and the deadline by which dispositive motions shall be heard be extended to April 25, 2013. These dates will not interfere with the Court's pretrial conference date (May 21, 2013) or the trial date (July 9, 2013).

7. The parties further request that the non-expert discovery cutoff be extended by 28 days to March 28, 2013 so that the parties can concentrate on settlement discussions, and avoid the expense of completing the last round of written discovery and two remaining factual depositions if a settlement can be reached.

8. The parties have only submitted one previous request to extend the deadlines in this case and the request related to non-expert discovery and the expert designation deadlines. The request did not request extending the dispositive motion deadline.

9. Counsel for the parties are willing to engage in a telephone conference with the Court should further information be required or requested.

**WHEREFORE**, Plaintiff and Defendants request a continuance of the non-expert discovery cutoff date to March 28, 2013, a continuance of the deadline to file dispositive motions to March 11, 2013, and a continuance of the deadline by which dispositive motions shall be heard to April 25, 2013.

IT IS SO STIPULATED.

                                  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: February 6, 2013        By:     /s/ *Rumie Vuong*
                                              Rumie Vuong
                                              Attorney for Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

FULBRIGHT & JAWORSKI L.L.P.

Date: February 6, 2013        By:     /s/ *Julie Capell*
                                              Julie M. Capell
                                              Attorney for Defendant Hospital Housekeeping Systems Ltd., Hospital Housekeeping Systems of Houston, Inc., Hospital Housekeeping Systems Inc., and Hospital Housekeeping Systems, LLC

## **ORDER**

For good cause shown, the stipulation to extend discovery deadlines is hereby approved and the new deadlines for discovery as set forth in the Scheduling Order shall be amended as follows:

The parties are ordered to complete all non-expert discovery on or before March 25, 2013.

The parties are ordered to file dispositive motions on or before March 11, 2013. Such dispositive motions shall be heard on **April 11, 2013 at 8:30 a.m.** before United States District Judge Lawrence J. O'Neill.

All other provisions of the Scheduling Conference Order shall otherwise remain in effect.

IT IS SO ORDERED.

Dated:   **February 7, 2013**                        **/s/ Stanley A. Boone**
                                                              UNITED STATES MAGISTRATE JUDGE