# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HOSPITAL HOUSEKEEING SYSTEMS OF HOUSTON, INC., et al.,<br><br>Defendants. | Case No.  1:11-cv-01658-LJO-SAB<br><br>ORDER GRANTING STAY OF PROCEEDINGS<br><br>ECF NO. 43 |

On October 1, 2013, Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff") filed a motion to stay these proceedings in light of the federal government shutdown. As federal employees, Plaintiff and their attorneys are prohibited from working on this matter absent congressional appropriation of funds for the relevant federal entities. In light of the circumstances surrounding this request, the Court will grant the stay immediately without further briefing or argument. See Local Rule 102(d). Any party who opposes the stay or wishes to lift the stay may file a motion for reconsideration or a motion to lift the stay at any time. See Local Rule 230(j) and (b). Accordingly,

IT IS HEREBY ORDERED that:

1. This action is STAYED until funding for Plaintiff and their attorneys is restored; and

1

2. Plaintiff shall file a notice with the Court within three (3) court days after funding is restored along with a proposed order lifting this stay; and

3. To the extent that any deadlines or dates are affected by the stay, the parties shall file a joint statement within three court days after funding is restored identifying the deadlines and dates affected by the stay along with new proposed deadlines and dates.

IT IS SO ORDERED.

Dated: **October 1, 2013**

UNITED STATES MAGISTRATE JUDGE

2