# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HOSPITAL HOUSEKEEPING SYSTEMS OF HOUSTON, INC., et al.,<br><br>Defendants. | Case No. 1:11-cv-01658-LJO-SAB<br><br>ORDER REASSIGNING CASE TO MAGISTRATE JUDGE BARBARA A. MCAULIFFE |

Upon review of the record in this action, the undersigned finds that reassignment of this action to another magistrate judge is appropriate.

Accordingly, it is HEREBY ORDERED that the above captioned case is hereby REASSIGNED from Magistrate Judge Stanley A. Boone to Magistrate Judge Barbara A. McAuliffe for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is:

**1:11-cv-01658-LJO-BAM**

IT IS SO ORDERED

Dated: **Nov 21, 2013**
STANLEY A. BOONE
United States Magistrate Judge

Dated: Nov 21, 2013
BARBARA A. MCAULIFFE
United States Magistrate Judge

1