Anna Y. Park, CA SBN 164242
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorney for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT
# EATERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> HOSPITAL HOUSKEEPING SYSTEMS, LTD., HOSPITAL HOUSEKEEPING SYSTEMS OF HOUSTON, INC, HOSPITAL HOUSEKEEPING SYSTEMS, INC., HOSPITAL HOUSKEEPING SYSTEMS, LLC, AND DOES 1-10, INCLUSIVE, <br><br> Defendant(s). | Case No.: 1:11-CV-1658 LJO BAM <br><br> **STIPULATION TO EXTEND DEADLINE TO SUBMIT CONSENT DECREE** |

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendants Hospital Housekeeping Systems Inc. and Hospital Housekeeping Systems, LLC ("Defendants"), through their respective counsel of record herein, hereby respectfully request a one week continuance of the deadline to submit a proposed consent decree.

On November 21, 2013, the Court adopted the Magistrate Judge's Findings and Recommendations and granted Defendants' motion to enforce. The Court ordered that the parties meet and confer and submit a proposed consent decree or a letter addressing the disputed terms on or before December 2, 2013.

The parties have attempted to engage meaningfully in the meet and confer process and consult with their respective clients. However, such efforts have been hampered by the Thanksgiving holiday and the unavailability of counsel for other reasons. For instance, plaintiff's counsel was on two weeks leave (November 18, 2013 to November 29, 2013) to care for a family member and defense counsel is unavailable for most of today.

The parties thereby request an extension of the current deadline to submit the consent decree by one week. An extension would permit the parties to resolve several, if not all, of the remaining issues, thereby either decreasing the number of issues the parties will need to submit to the Court or resolution or permitting the parties to submit a final consent decree.

**Stipulation to Extend Deadlines**

The parties stipulate that the Scheduling Order be amended to reflect the following new deadlines:

1. The parties shall submit an agreed proposed consent decree or their letter briefing addressing the disputed terms of the consent decree on or before 12/9/2013.

IT IS SO STIPULATED.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date:  December 3, 2013        By:        /s/ *Rumie Vuong*
                                           Rumie Vuong
                                           Attorney for Plaintiff U.S. EEOC


FULLBRIGHT & JAWORSKI LLP

Date:  December 3, 2013        By:            /s/
                                           Julie M. Capell
                                           Attorney for Defendants Hospital Housekeeping Systems Inc. and Hospital Housekeeping Systems, LLC

**ORDER**

For good cause shown, the stipulation to extend discovery deadlines is hereby approved and the parties shall submit an agreed proposed consent decree or their letter briefing addressing the disputed terms of the consent decree on or before December 9, 2013.

IT IS SO ORDERED.

Dated:  **December 3, 2013**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE